**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 5, 2025.**



In The

# Fifteenth Court of Appeals

———————————

## NO. 15-25-00127-CV

———————————

## IN RE PECOS HOUSING FINANCE CORPORATION, CARA TURN, MARIBEL ALVAREZ, IRENE DOMINGUEZ, TERESA WINKLES, CONRAD SALDANA, HECTOR CARRASCO, RANDY GRAHAM, ARTHUR ORONA, AND VALERIE TRUJILLO, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**348th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 348-365938-25**

## MEMORANDUM OPINION

We have considered Relators' Agreed Motion to Dismiss. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.